**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **MARCIA MARSHALL,** | Case No.1:16CV2596 |
| Plaintiff, | |
| -vs- | **O R D E R** |
| **Commissioner of Social Security,** | |
| Defendant. | **JUDGE CHRISTOPHER A. BOYKO** |

On October 25, 2016, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 405(g). (Dkt.#1). This matter was referred to Magistrate Judge Thomas M. Parker pursuant to Local Rule 72.2(b). On November 1, 2017, the Magistrate Judge recommended that the final decision of the Commissioner be affirmed in part and remanded in part for further proceedings. (Dkt.#16). On November 15, 2017, the Defendant filed a Response to Magistrate Judge's Report and Recommendation stating she will not be objecting.

Therefore, Magistrate Judge Parker's Report and Recommendation is **ADOPTED** and the decision of the Commissioner is affirmed in part and remanded in part for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated:11/16/2017     *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE